MICHENER, RESPONDENT, v. FRANSHAM, APPELLANT.

(No. 1,703.)

ON MOTION TO DISMISS APPEAL.

(Submitted October 28, 1901.    Decided October 28, 1901.)

For syllabus, see *Jordan et al.* v. *Andrus et al., ante p.* 37.

*Appeal from District Court, Gallatin County; Henry C. Smith, Judge.*

ACTION by Thomas Michener against W. J. Fransham, sheriff of Gallatin county. From a judgment in favor of plaintiff and from an order denying a new trial, defendant appealed. Motion to dismiss appeal. Granted.

*Messrs. Luce & Luce,* for Appellant.

*Mr. Eugene B. Hoffman,* for Respondent.

MR. JUSTICE MILBURN delivered the opinion of the court.

For the reason set out in the opinion this day filed in the case of *W. A. Jordan et al. v. W. W. Andrus et al. (ante page* 37, 66 Pac. 502), the motion to dismiss this appeal, upon the ground that the transcript is not printed as it should have been in Accordance with Rule VI, is granted and the appeal is dismissed, without prejudice to a motion to reinstate if appellant shall prepare, file and serve a printed transcript in accordance with the requirements of Rules VI and IX of this court, within sixty days from this date.

*Appeal dismissed.*